IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01860-BNB

DENNIS L. GOMEZ,

    Plaintiff,

v.

COLORADO TERRITORY,
COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
STERLING CORRECTIONAL MEDICAL FACILITY, and
ATTORNEYS GENERAL OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Dennis L. Gomez initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on October 8, 2008, directing Mr. Gomez to file an Amended Complaint. Plaintiff was instructed to name proper defendants and to assert personal participation by each named defendant. Mr. Gomez, in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), also was instructed to submit an Amended Complaint that explains what each defendant did to harm him, when the defendant did the harmful act, how he was injured, and what specific legal

right the defendant violated. Plaintiff was warned that if he failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed without further notice.

On October 23, 2008, Mr. Gomez filed two pleadings with the Court. One of the pleadings is titled, "Motion to Estop," and the other is titled, "Notice of Certiorari to United States Supreme Court." Neither of the pleadings is responsive to Magistrate Judge Boland's October 8, 2008, Order directing him to file an Amended Complaint.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Plaintiff to amend the Complaint and name as defendants the individuals who participated in the alleged constitutional violations. Therefore, the Complaint and action will be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 19 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01860-BNB

Dennis L. Gomez
Prisoner No. 85143
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk